1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NALANA OMEGA,                              No.  2:22-cv-00178-KJM-EFB (HC)

12                   Petitioner,

13           v.                                 ORDER

14   MICHAEL PALLARES,

15                   Respondent.

16

17          Petitioner Nalana Omega, a state prisoner proceeding without counsel, has filed an

18   application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a

19   United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 28, 2022, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.[1]

24   /////

25   /////

26   _____

27          [1] Although it appears from the file that petitioner's copy of the findings and
     recommendations was returned, petitioner was properly served.  It is the petitioner's
     responsibility to keep the court apprised of her current address at all times.  Pursuant to Local
28   Rule 182(f), service of documents at the record address of the party is fully effective.

                                                    1

1        The court presumes that any findings of fact are correct. *See Orand v. United States*,

2  602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

3  de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

4  by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

5  . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

6  supported by the record and by the proper analysis.

7        Accordingly, IT IS HEREBY ORDERED:

8    1.  The findings and recommendations filed November 28, 2022, are adopted in full;

9    2.  Respondent's May 31, 2022 motion to dismiss (ECF No. 10) is granted;

10    3.  This case is dismissed without prejudice to petitioner's ability to file it again once her

11       state proceedings are final; and

12    4.  The court declines to issue a certificate of appealability.

13  DATED:  March 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE